J. L. TALLEVAST, *Plaintiff in Error,* v. FIDELITY INVEST-
MENT COMPANY, A CORPORATION, *Defendant in Er-
ror..*

Decision filed Dec. 8, 1915.

Writ of Error to Circuit Court, Hillsborough Coun-
ty; F. M. Robles, Judge.

PER CURIAM.—This cause having been submitted to
the Court at a former day of this term upon the tran-
script of the record of the judgment aforesaid, and argu-
ment of counsel for the respective parties, and the record
having been seen and inspected, and the Court being now
advised of its judgment to be given in the premises, it
seems to the Court that there is no error in the said judg-
ment; it is therefore considered, ordered and adjudged
by the Court that the said judgment of the Circuit Court
be and the same is hereby affirmed; it is further ordered
by the Court that the defendant in error do have and re-
cover of and from the plaintiff in error its costs by it in
this behalf expended, which costs are taxed at the sum
of $——————, all of which is ordered to be certified
to the Court below.